**No. 11-5190. Marilyn Marie Smith, Petitioner v. Defense Logistics Agency, et al.**

565 U.S. 894, 132 S. Ct. 280, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5609.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5193. Thomas S. Talbert, Petitioner v. West Virginia.**

565 U.S. 894, 132 S. Ct. 280, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5648.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

**No. 11-5195. John Joseph Volz, Petitioner v. Gerald L. Rozum, Superintendent, State Correctional Institution at Somerset, et al.**

565 U.S. 894, 132 S. Ct. 280, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5615,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-5196. Michael Anthony Williams, Petitioner v. United States.**

565 U.S. 894, 132 S. Ct. 280, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5469.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5197. Carlos Torres-Palos, Petitioner v. United States.**

565 U.S. 894, 132 S. Ct. 280, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5530.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 407 Fed. Appx. 934.

**No. 11-5198. T. A. P., Petitioner v. Alabama.**

565 U.S. 894, 132 S. Ct. 281, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5730.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 72 So. 3d 707.

**No. 11-5199. Lonzie Wayne McQuirter, Petitioner v. Michigan Department of Corrections.**

565 U.S. 894, 132 S. Ct. 281, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5608.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 11-5201. George W. Pitts, Petitioner v. Belinda Davis, Warden.**

565 U.S. 894, 132 S. Ct. 281, 181 L. Ed. 2d 167, 2011 U.S. LEXIS 5676,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.